**Robert FROST, Jr., Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Director Bill Byars, South Carolina Department of Corrections; Levern Cohen, Warden Ridgeland Correctional Institution; Ms. Montouth, Inmate Grievance Coordinator, Ridgeland Correctional Institution; Captain Best, in their individual and official capacity, Defendants–Appellees.**

No. 12–7482.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2012.

Decided: Dec. 27, 2012.

Robert Frost, Jr., Appellant Pro Se. Matthew David Cavender, Marshall Hodges Waldron, Jr., Griffith, Sadler & Sharp, P.A., Beaufort, South Carolina, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Frost, Jr., seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying without prejudice the Defendants' motion for summary judgment in Frost's 42 U.S.C. § 1983 (2006) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Frost seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*